UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA SUTTLE,

          Plaintiff,

v.                                                      Case Number: 15-12871

MICHIGAN DEPARTMENT OF
CORRECTIONS,

          Defendant.
                                                     /

## JUDGMENT

In accordance with the court's "Order Summarily Dismissing Complaint" dated October 27, 2015

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Michigan Department of Corrections and against Plaintiff Cynthia Suttle.

Dated at Detroit, Michigan, this 27th day of October 2015.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                          BY:    S/Lisa Wagner
                                        Lisa Wagner, Case Manager and
                                        Deputy Clerk to
                                        Judge Robert H. Cleland
                                        (313) 234-5522